NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDDY PEREZ,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2022-2126

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-7436, Judge William S. Greenberg.

---

**ORDER**

---

Before PROST, HUGHES, and STOLL, *Circuit Judges.*

PER CURIAM.

Mr. Eddy Perez did not raise his arguments on appeal in his clear and unmistakable error ("CUE") claim at the Department of Veterans Affairs Regional Office. We therefore lack jurisdiction to review those issues.

IT IS ORDERED THAT:

2                                                    PEREZ v. MCDONOUGH

This case is hereby dismissed for lack of jurisdiction.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 8, 2024
Date